CRIMINAL COURTROOM MINUTES - PTC

CASE NO: 07-CR-159-C-04   CASE NAME: USA v. Matthew Evans

JUDGE: Crocker   CLERK: Jacobson   DATE: 1/24/08   DAY: Thurs.

APPEARANCES: GOVERNMENT BY: Elan Graber

DEFENDANT BY: Mark Maciolek

Reporter: Swenson

DEFENDANT PRESENT: (X) YES  ( ) NO
EXCUSED BY COURT: ( ) YES  ( ) NO

MOTIONS FILED: (X) YES  ( ) NO
DOCKET NO:   DESCRIPTION:   *STATUS:

| Docket | Status |
|---|---|
| 67 + 77 | hearing set for 2/5/08 @ 11:00 |
| 68 + 78 | DAU |
| 69 + 79 | G |
| 70 + 80 | DAU |
| 71 + 81 | DAU |
| 72 + 82 | brfg. set |
| 73 + 83 | G |
| 74 + 84 | DAU |
| 86 | G |

Expert disc. due: Govt 2/19/08
                   Deft 3/3/08

*DAU (DENIED AS UNNECESSARY)   *GIP (GRANTED IN PART)

TRIAL ESTIMATE: _____   TRIAL DATE: _____

BRIEFING SCHEDULE: initial brief due 2/12/08; response due 2/19/08; reply due 2/26/08.

START TIME: 1:10   END TIME: 1:45   TOTAL TIME: 35"

TAPE NO: _____

COUNTER NO: _____