IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                        Plaintiff,

    v.

MATTHEW EVANS,

                                        Defendant.

ORDER

07-cr-159-bbc-04

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

No objections having been received to the report and recommendation entered herein by the United States Magistrate Judge on February 29, 2008, IT IS ORDERED that the magistrate judge's recommendation is ADOPTED. FURTHER, IT IS ORDERED that defendant Matthew Evans's motions to suppress evidence are DENIED.

Entered this 13th day of March, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge